UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

**TAMIR MAURICE BLAY**                                                                         **PLAINTIFF**

**v.**                                                                         **CIVIL ACTION NO. 4:07CV-P69-M**

**DAVIESS COUNTY DETENTION CENTER** *et al.*                                                  **DEFENDANTS**

### MEMORANDUM OPINION

On March 17, 2008, Defendants filed a motion to dismiss for lack of prosecution due to Plaintiff's failure to file a pretrial memorandum (DN 18). On that same date, they also filed a motion for summary judgment alleging Plaintiff's failure to exhaust available administrative remedies and arguing the merits of Plaintiff's claims (DN 19). Only days later, on March 21, 2008, Defendants filed a notice with this Court advising that the copies of their motions sent to Plaintiff at Daviess County Detention Center, his address of record, were returned by the United States Postal Service with a notation that Plaintiff had been paroled (DN 20).

Upon filing the instant action, Plaintiff assumed the responsibility to keep this Court advised of his current address and to actively litigate his claims. *See* Local Rule 5.2(d) ("All pro se litigants must provide written notice of a change of address to the clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions.").

The Court has given Plaintiff ample time in which to notify it and Defendants' counsel of a change in his address, but Plaintiff has failed to do so. Because he has not provided a forwarding address to the Court, neither notices from this Court nor filings by Defendants can be served on him. In such situations, courts have an inherent power "acting on their own initiative to clear their calendars of cases that have remained dormant because of the inaction or

dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecuting this case, the Court will dismiss the case by separate Order.

Date:

cc:     Plaintiff, *pro se*
        Counsel of Record
4414.005